UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HUGH A. SANDERS,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C12-6068BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 25. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendant's decision is **REVERSED**; and

(3)    This action is **REMANDED** for further administrative proceedings in accordance with the findings contained in the R&R.

Dated this 10th day February, 2014.

                                              BENJAMIN H. SETTLE
                                              United States District Judge